## REYNOLDS *v.* REYNOLDS.

FISH, C. J. 1. Even if a meritorious assignment of error can be predicated upon a refusal of a judge to allow oral evidence to be introduced upon a hearing for temporary alimony (see *Rogers* v. *Rogers*, 103 *Ga.* 763, 30 S. E. 659), such an assignment is not well taken when neither the oral evidence nor the substance thereof is set forth.

2. Expenses of litigation being part of the allowance of temporary alimony (Civil Code, § 2457, *Stokes* v. *Stokes*, 127 *Ga.* 160 (56 S. E. 303), "the judge may allow as counsel fees such sum as in his discretion appears proper under all the facts and circumstances of the case, although there is no evidence before him fixing any amount as the value of the services rendered and to be rendered by the [wife's] counsel." *Sweat* v. *Sweat*, 123 *Ga.* 801 (51 S. E. 716).

3. The judgment rendered was sufficiently supported by the evidence.
*Judgment affirmed. All the Justices concur.*

Submitted January 11,—Decided March 28, 1908.

Petition for alimony. Before Judge Cann. Chatham superior court. July 27, 1907.

*Travis & Travis,* for plaintiff in error.